# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0514. DEBRA J. WALLACE v. DIANE WALLACE EPSTEIN et al.

On August 5, 2019, the trial court entered an order granting the defendants, Diana Epstein and Donna Chambers, attorney fees under OCGA § 9-15-14 (a) and (b) to be paid by the plaintiff, Debra Wallace. In the order, the trial court reserved ruling on the amount of fees until after an evidentiary hearing. Wallace filed an application for interlocutory appeal from that order, which this Court denied. See Case No. A20I0028 (decided Sept. 20, 2019). After an evidentiary hearing, the trial court awarded the defendants $28,824 in attorney fees. Wallace then filed this direct appeal. We, however, lack jurisdiction.

Appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Wallace's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841 (560 SE2d 730) (2002); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/16/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*